STATE OF LOUISIANA                                    NO. 22-K-242

VERSUS                                               FIFTH CIRCUIT

RICHARD FULTZ                                        COURT OF APPEAL

                                                    STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

June 07, 2022

Susan Buchholz
First Deputy Clerk

**IN RE** RICHARD FULTZ

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT
COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
ELLEN SHIRER KOVACH, DIVISION "K", NUMBER 19-4009

---

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois


**WRIT GRANTED FOR A LIMITED PURPOSE**

Relator-defendant, Richard Fultz, was charged by bill of information with
attempted unauthorized entry of an inhabited dwelling in violation of La. R.S.
14:27 and La. R.S. 14:62.3.  In this writ application, relator seeks review of the
trial court's granting of the State's "Notice of Intent to Introduce Evidence Under
La. C.E. art. 404(B)." Specifically, the trial judge ruled that evidence of an alleged
2015 guilty plea to unauthorized entry of an inhabited dwelling is admissible under
La. C.E. art. 404(B).[1]

A review of the transcript from the March 31, 2022 hearing reflects that the
state failed to offer, file, and introduce into evidence any evidence concerning the
alleged 2015 guilty plea to support its notice of intent. Exhibits and attachments
not properly and officially offered and admitted into evidence cannot be
considered, even if physically filed into the trial court record. *State v. Whitley*, 14-
737 (La. App. 5 Cir. 03/25/15); 169 So.3d 658, 660 (citing *Denoux v. Vessel Mgmt.
Services, Inc.*, 07-2143 (La. 5/21/08), 983 So.2d 84, 88). Documents attached to
memoranda do not constitute evidence and cannot be considered as such on appeal.
*Id*.

Accordingly, we grant this writ for the limited purpose of remanding this
matter to the trial court for reopening of the hearing on the state's notice of intent
to allow the state to properly offer, file, and introduce into evidence the
documentation concerning the alleged 2015 guilty plea in support of its notice of

---

[1] The state also sought to introduce evidence concerning a prior 2004 conviction for simple burglary.  The trial judge
denied the State's notice of intent as to that conviction, and the state has not sought review of that ruling.

22-K-242

intent. *State v. Young*, 99-880 (La. App. 5 Cir. 01/12/00); 751 So.2d 364, 368; s*ee also State v. Durning*, 16-737 (La. App. 5 Cir. 1/17/17); (unpublished writ disposition), and *State v. Pigott*, 18-598 (La. App. 5 Cir. 1/24/19) (unpublished writ disposition).

Gretna, Louisiana, this 7th day of June, 2022.

**FHW**
**SMC**
**JGG**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/07/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-K-242**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (DISTRICT JUDGE)
Thomas J. Butler (Respondent)
Zachary Orjuela (Relator)

### MAILED
James Moffett (Relator)
Attorney at Law
848 2nd Street
Gretna, LA 70053

6/7/22

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Moffett
Attorney at Law
848 2nd Street
Gretna, LA 70053
22-K-242                    06-07-22

|||||| |||| ||||||| ||||| ||| |||||| |||
9590 9401 0083 5168 4398 93

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 6793

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt